UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS & OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KASSEN EXCAVATING, INC., <br><br> Defendant. | Case No. 08-cv-723-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs's Notice of Voluntary Dismissal (Doc. 7). Rule 41(a)(1)(A)(i) allows dismissal of an action by a plaintiff without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs. Defendant has not filed an answer or motion for summary judgment in this case. Because Plaintiffs have an absolute right to dismiss the case at the present time, the Court finds that this action is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: July 30, 2009**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**