UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS & OPERATING ENGINEERS LOCAL 520 PENSION FUND, et al., | |
| Plaintiffs, | Case No. 08-cv-723-JPG |
| v. | |
| KASSEN EXCAVATING, INC., | |
| Defendant. | |

## JUDGMENT

This matter having come before the Court, and the plaintiff having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

                                          **JUSTINE FLANAGAN, Acting Clerk**

                                          **By:s/Deborah Agans, Deputy Clerk**

**Dated: July 30, 2009**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**